

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN JAMES BELL,<br>　　　　　Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 2:10-02085-HFF-BHH |
| CATHRINE A. AMASON, PAMELA<br>HOUGH, CECILIA REYNOLDS, JENNIE<br>MCKAY, and KAMISHA MILLER,<br>　　　　　Defendants. | § § § § | |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendants' motion for summary judgment be granted and the complaint be dismissed with prejudice. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 23, 2011, and the Clerk of Court entered Plaintiff's objections to the Report on April 1, 2011.

The Court has reviewed Plaintiff's objections and finds them to be without merit.  In his objections, Plaintiff asserts that he has been denied access to the prison law library.  He did not assert this claim in his complaint.  To the extent that he wishes to pursue it, he should file a separate action asserting it.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report to the extent it is consistent with this Order, and incorporates it herein.  Therefore, it is the judgment of this Court that Defendants' motion for summary judgment is **GRANTED** and the complaint is **DISMISSED** *with prejudice*.

**IT IS SO ORDERED**.

Signed this 27th day of September, 2011, in Spartanburg, South Carolina.


s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE


*****
### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within 30 days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2